UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY ROBERTO BESS,
    Petitioner,

vs.                                   Case No.:  3:20cv6020/LAC/EMT

SECRETARY, DEPARTMENT OF
CORRECTIONS,
    Respondent.
_____/

## **REPORT AND RECOMMENDATION**

Petitioner attempted to commence a habeas case by filing a motion for extension of time (ECF No. 1).  On December 30, 2020, the court issued an order denying Petitioner's motion as premature and advising him that if he wished to commence a habeas action, he must file a petition on the court-approved form and either pay the filing fee or file a motion to proceed in forma pauperis (ECF No. 2). The court set a thirty-day deadline for Petitioner to comply with the order, and expressly notified him that if he failed to comply by the deadline, the undersigned would recommend that this case be dismissed for failure to comply with an order of the court (*see id.*).

The thirty-day deadline for compliance with the order of December 30, 2020 has passed, and Petitioner has not responded.

Accordingly, it is respectfully **RECOMMENDED** that this case be **DISMISSED without prejudice** for Petitioner's failure to comply with an order of the court.

At Pensacola, Florida, this 11th day of February 2021.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**CHIEF UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations must be filed within fourteen days of the date of the Report and Recommendation. **Any different deadline that may appear on the electronic docket is for the court's internal use only and does not control.** An objecting party must serve a copy of the objections on all other parties. A party who fails to object to the magistrate judge's findings or recommendations contained in a report and recommendation waives the right to challenge on appeal the district court's order based on unobjected-to factual and legal conclusions. *See* **11th Cir. Rule 3-1; 28 U.S.C. § 636.**

Case No.:  3:20cv6020/LAC/EMT