UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RANDY ROBERTO BESS,
    Petitioner,

vs.                                            Case No.:  3:20cv6020/LAC/EMT

SECRETARY, DEPARTMENT OF
CORRECTIONS,
    Respondent.
_____/

## ORDER

The chief magistrate judge issued a Report and Recommendation on February 11, 2021 (ECF No. 3).  Petitioner was furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.

Having considered the Report and Recommendation, I have determined it should be adopted.

Accordingly, it is **ORDERED**:

1.    The chief magistrate judge's Report and Recommendation (ECF No. 3) is adopted and incorporated by reference in this order.

2.    This case is **DISMISSED without prejudice** for Petitioner's failure to

comply with an order of the court.

    3.    The clerk of court is directed to close this case.

**DONE AND ORDERED** this 18th day of March, 2021.

*s/L.A. Collier*
**LACEY A. COLLIER**
**SENIOR UNITED STATES DISTRICT JUDGE**

Case No.: 3:20cv6020/LAC/EMT